

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00106-CR

DAVID GENTRY WALLER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court No. CR01897

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Terry Spangler recorded the trial court proceedings in our cause number 06-13-00106-CR, styled *David Gentry Waller v. The State of Texas*, trial court cause number CR01897 in the 6th Judicial District Court of Red River County, Texas. The reporter's record was due in this case on September 12, 2013. The record is now nineteen days past due. Spangler has failed to respond to inquiries made by our clerk's office regarding the whereabouts of the record.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the reporter's record is filed in these cases.

We, therefore, order Terry Spangler to file the reporter's record in cause number 06-13-00106-CR, *David Gentry Waller v. The State of Texas*, trial court cause number CR01897, to be received by this Court no later than Thursday, October 31, 2013.

IT IS SO ORDERED.

BY THE COURT

Date:   October 1, 2013